UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00058-DSC

| | |
|---|---|
| **CONNIE JOANN BAKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| **NATIONAL FOOTBALL LEAGUE** ) | |
| **INC./ENTEPRISES, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff Connie Joann Baker ("Plaintiff") filed a complaint on February 5, 2021, on behalf of the Estate of Donnell K. Baker ("Decedent") against Defendants for their alleged reckless discard for the health and safety of Decedent causing his death. [Doc. 1]. On February 19, 2021, the Court addressed Plaintiff's motion to proceed in forma pauperis. [Docs. 2, 3]. Finding Plaintiff failed to provide sufficient information for determination of the motion, the Court ordered that Plaintiff had 14 days to either submit an Amended Application or to pay the filing file. [Doc. 3]. The Court further ordered that, should Plaintiff fail to either timely pay the fee or submit an Amended Application, this action would be dismissed without prejudice. [Id.]. Plaintiff has failed to comply with the Court's Order. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**. The Clerk is instructed to terminate this proceeding.

Signed: March 26, 2021

Robert J. Conrad, Jr.
United States District Judge